# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| SHEILA FERGUSON | : No. 172 EAL 2014 |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| DERRICK MORTON AND | : |
| PHILADELPHIA CYCLE CENTER | : |
| | : |
| | : |
| PETITION OF:  PHILADELPHIA CYCLE | : |
| CENTER | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.